**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00028-REB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SEBASTIAN J. SCHOWE

       Defendant.

---

**ORDER TERMINATING PROBATION**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

On September 23, 2011, the probation officer submitted a petition for early termination of probation in this case. On September 23, 2011, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on September 23, 2011, and the United States has no objections to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 12th day of October, 2011.

BY THE COURT:

Robert E. Blackburn
United States District Judge